IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY P. ELGAR, | No. C 07-00502 SI |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE AND DENYING IN FORMA PAUPERIS APPLICATION** |
| v. | |
| HENRY C. WILLIAMS, | |
| Defendant. / | |

Plaintiff filed this action on January 24, 2007. Plaintiff's complaint appeared to allege that defendant committed multiple unspecified wrongs against plaintiff. Plaintiff also filed an application to proceed *in forma pauperis*. On January 26, 2007, the Court issued an order dismissing plaintiff's complaint and advising plaintiff that if she failed to file an amended complaint on or before February 16, 2007, the matter would be dismissed with prejudice. Plaintiff has since not filed an amended complaint or any other document. Accordingly, the Court DISMISSES this action with prejudice, and DENIES plaintiff's application to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Dated: September 1, 2007

SUSAN ILLSTON
United States District Judge