**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETSY P. ELGAR,                                              No. C 07-00502 SI

    Plaintiff,                                                  **JUDGMENT**

v.

HENRY C. WILLIAMS,

    Defendant.
                                                     /

Plaintiff's action is dismissed with prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  September 1, 2007

SUSAN ILLSTON
United States District Judge